

# NUMBER 13-24-00010-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**CAMERON APPRAISAL DISTRICT,**                 **Appellant,**

**v.**

**ELIDA L. ALFARO,**                 **Appellee.**

---

### On appeal from the 357th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Silva

This cause is before the Court on its own motion. On December 28, 2023, appellant filed a notice attempting to appeal the trial court's denial of appellant's plea to the

jurisdiction, signed on October 23, 2023. We now dismiss this appeal for lack of jurisdiction.

An appeal taken from a denial of a plea to the jurisdiction in such a case shall be accelerated. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8). To perfect an accelerated appeal, the party is required to file a notice of appeal "within 20 days after the judgment or order is signed." *See* TEX. R. APP. P. 26.1(b). The filing of a motion for new trial, request for findings of fact and conclusions of law, or any other post-judgment motion, except for a motion for extension of time filed under Texas Rule of Appellate Procedure 26.3, "will not extend the time to perfect an accelerated appeal." *Id.* R. 26.3, 28.1(b).

We are to construe the rules of appellate procedure reasonably and liberally so that the right to appeal is not lost by imposing requirements not absolutely necessary to effectuate the purpose of a rule. *See Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). Nevertheless, we are prohibited from enlarging the scope of our jurisdiction by enlarging the time for perfecting an appeal in a civil case in a manner not provided for by rule. *See* TEX. R. APP. P. 2; *In re T.W.*, 89 S.W.3d 641, 642 (Tex. App.—Amarillo 2002, no pet.).

Appellant's notice of appeal was untimely; therefore, we lack jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

CLARISSA SILVA
Justice

Delivered and filed on the
25th day of January, 2024.

2